**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Percy Joe FISHER, Defendant–**
**Appellant.**

No. 01–7502.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Percy Joe Fisher, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Percy Joe Fisher appeals the district court's order denying his motion to reconsider a prior order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Fisher* Nos. CR–94–137; CA–96–905–4 (M.D.N.C. filed May 15, 2001 & entered May 16, 2001.) We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*